1   LATHAM & WATKINS LLP
      Bob Steinberg (Bar No. 126407)
2     Ryan E. Hatch (Bar No. 235577)
    *bob.steinberg@lw.com*
3   *ryan.hatch@lw.com*
    355 South Grand Avenue
4   Los Angeles, California 90071-1560
    Telephone: (213) 485-1234
5   Facsimile: (213) 891-8763

6     Jennifer L. Barry (Bar No. 228066)
    *jennifer.barry@lw.com*
7   600 West Broadway, Suite 1800
    San Diego, California 92101-3375
8   Telephone: (619) 236-1234
    Facsimile: (619) 696-7419
9
    Attorneys for Plaintiff
10  ADOBE SYSTEMS INCORPORATED

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16  ADOBE SYSTEMS INCORPORATED, a        ACTION NO. cv 11-02243
    Delaware Corporation,
17
                    Plaintiff,           **PLAINTIFF ADOBE SYSTEMS
18                                       INCORPORATED'S ANSWER TO
          v.                             DEFENDANT WOWZA MEDIA SYSTEMS,
19                                       INC.'S COUNTERCLAIMS**
    WOWZA MEDIA SYSTEMS, INC., a
20  California Corporation,
                                         JURY TRIAL DEMANDED
21                  Defendant.

22

23       Plaintiff Adobe Systems Incorporated ("Adobe"), for its Answer to Counterclaims of

24  Defendant Wowza Media Systems, Inc. ("Wowza") set forth in Wowza's Answer to First

25  Amended Complaint, Affirmative Defenses, and Counterclaims, states as follows:

26

27

28

**PARTIES**

1.    Adobe admits that Wowza is a corporation organized and existing under the laws of the State of California. Adobe lacks sufficient information regarding the remaining allegations of Paragraph 1, and therefore denies the remaining allegations of Paragraph 1.

2.    Admitted.

**JURISDICTION AND VENUE**

3.    Adobe admits that it is subject to personal jurisdiction in this Court for adjudication of the claims and counterclaims asserted in this action.

4.    Adobe affirmatively asserts that United States Patent Nos. 7,272,658 ("the '658 Patent"), 7,587,509 ("the '509 Patent"), and 7,961,878 ("the '878 Patent") are valid and infringed, and admits that Wowza has filed counterclaims seeking declarations of invalidity and no infringement.  Adobe denies all other allegations of Paragraph 4.

5.    Adobe admits that subject matter jurisdiction is proper for adjudication of the claims and counterclaims asserted this action.

6.    Adobe admits that venue is proper in this Court for adjudication of the claims and counterclaims asserted in this action.

**FACTUAL ALLEGATIONS**

**FIRST COUNTERCLAIM – DECLARATION OF INVALIDITY**

7.    Adobe repeats and incorporates by reference its responses to the allegations of Paragraphs 1 through 6.

8.    Adobe admits that Wowza seeks a declaration from the Court that each and every claim of the '658 Patent, '509 Patent, and the '878 Patent is invalid.  Adobe denies that Wowza is entitled to such a declaration.

**SECOND COUNTERCLAIM – DECLARATION OF NO INFRINGEMENT**

9.    Adobe repeats and incorporates by reference its responses to the allegations of Paragraphs 1 through 8.

10.  Adobe admits that Wowza seeks a declaration from the Court that it has not infringed any valid and enforceable claim of the '509 Patent,  '658 Patent, and '878 Patent. Adobe denies that Wowza is entitled to such a declaration.

## THIRD COUNTERCLAIM – DECLARATION OF LICENSE

11.  Adobe repeats and incorporates by reference its responses to the allegations of Paragraphs 1 through 10.

12.  Adobe admits that Wowza seeks a declaration from the Court that it has a license for Wowza Media Server products under the RTMP Specification License as to the claims of the '509 Patent and '658 Patent. Adobe denies that Wowza is entitled to such a declaration.

## PRAYER FOR RELIEF

13.  To the extent the Prayer for Relief section of the Counterclaims is deemed to allege any facts or entitlements to the relief requested, Adobe denies each and every allegation. Specifically, Adobe denies that Wowza is entitled to any of the judgments, declarations, findings, awards or other relief it seeks in Paragraphs A through E of its Prayer for Relief, as to the Counterclaims.

14.  To the extent the Prayer for Relief section of the Answer is deemed to allege any facts or entitlements to relief, Adobe denies each and every allegation.  Specifically, Adobe denies that Wowza is entitled to any of the judgments, declarations, findings, awards or other relief it seeks in Paragraphs A through I  of its Prayer for Relief, as to the Answer.  Adobe affirmatively asserts that it conducted adequate pre-filing investigation before bringing the Complaint, and that all allegations it makes against Wowza have a reasonable basis.

## AFFIRMATIVE DEFENSES

15.  To the extent that Wowza's Affirmative Defenses are deemed to allege any facts, entitlements to relief, or defenses, Adobe denies each and every allegation.  Adobe denies that any of Wowza's First through Sixteenth Affirmative Defenses, inclusively, have any merit.

1

## **GENERAL DENIAL**

16.  Except as explicitly admitted herein, Adobe denies each and every allegation contained in Wowza's Answer, Affirmative Defenses, and Counterclaims.


Dated:  July 22, 2011                                    Respectfully submitted,

                                                        LATHAM & WATKINS LLP
                                                            Bob  Steinberg
                                                            Jennifer Barry
                                                            Ryan Hatch


                                                        By /s/ Bob Steinberg
                                                            Bob Steinberg
                                                            Attorney for Plaintiff
                                                            Adobe Systems Incorporated