1  LATHAM & WATKINS LLP
       Robert Steinberg (Bar No. 126407)
2      Ryan E. Hatch (Bar No. 235577)
   *bob.steinberg@lw.com*
3  *ryan.hatch@lw.com*
   355 South Grand Avenue
4  Los Angeles, California 90071-1560
   Telephone:  (213) 485-1234
5  Facsimile:  (213) 891-8763

6  LATHAM & WATKINS LLP
       Jennifer L. Barry (Bar No. 228066)
7  *jennifer.barry@lw.com*
   600 West Broadway, Suite 1800
8  San Diego, California 92101-3375
   Telephone:  (619) 236-1234
9  Facsimile:  (619) 696-7419
   Attorneys for Plaintiff
10 ADOBE SYSTEMS INCORPORATED

11 FLIESLER MEYER LLP
       Martin C. Fliesler (SBN 073768) mcf@fdml.com
12     Joseph P. O'Malley (SBN 159658) jpo@fdml.com
   650 California Street, 14th Floor
13 San Francisco, CA 94108
   Telephone:  (415) 362-3800
14 Facsimile:  (415) 362-2928
   Attorneys for Defendant
15 WOWZA MEDIA SYSTEMS, INC.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

20

| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | ACTION NO. cv 11-02243 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT** |
| v. | |
| WOWZA MEDIA SYSTEMS, INC., a California Corporation, | Honorable Claudia Wilken |
| Defendant. | |

**WHEREAS** Plaintiff Adobe Systems Incorporated ("Adobe") initiated this action for patent infringement against Defendant Wowza Media Systems, Inc. ("Wowza," and together with Adobe, the "Parties") on May 6, 2011;

**WHEREAS** Adobe filed a First Amended Complaint on June 20, 2011;

**WHEREAS** on November 1, 2011, the U.S. Patent and Trademark Office ("PTO") issued Patent No. 8,051,287 ("the '287 Patent"), and on November 22, 2011, the PTO issued Patent No. 8,065,426 ("the '426 Patent");

**WHEREAS** Adobe desires to amend its claims against Wowza to allege infringement of the '287 Patent and the '426 Patent, both assigned to Adobe;

**WHEREAS** the Parties wish to modify dates for exchanging information under the Northern District of California Patent Local Rules ("PLR") but do not wish to change any deadlines in the Court's October 11, 2011 Minute Order and Case Management Order;

**IT IS HEREBY STIPULATED** by and between the Parties through their respective attorneys of record pursuant to Federal Rule of Civil Procedure 15(a)(2) as follows:

1. Adobe may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A;

2. Wowza shall be permitted to file an Answer to the Second Amended Complaint within 10 days of Court approval of this Stipulation;

3. The deadlines under the PLR shall be as follows:

   a. Within 14 days of Court approval of this Stipulation, Adobe shall supplement its PLR 3-1 Infringement Contentions (and related documents under PLR 3-2), including Infringement Contentions relating to the newly issued '287 Patent and '426 Patent;

   b. All other PLR deadlines for exchanging information between the Parties, including the PLR 3-3 Invalidity Contentions (and related PLR 3-4 document production) and deadlines relating to Claim Construction Proceedings under PLR 4-1 through PLR 4-7, shall be stayed pending the

Court's approval or denial of this Stipulation, and modified according to the date Adobe supplements its PLR 3-1 Infringement Contentions.

4. All deadlines in the Court's October 11, 2011 Minute Order and Case Management Order shall remain in effect.

Dated: November 30, 2011    LATHAM & WATKINS LLP
    Robert Steinberg
    Jennifer Barry
    Ryan Hatch

By /s/ Robert Steinberg
    Robert Steinberg
    Attorney for Plaintiff
    Adobe Systems Incorporated

Dated: November 30, 2011    FLIESLER MEYER LLP
    Martin C. Fliesler
    Joseph P. O'Malley

By /s/ Martin C. Fliesler
    Martin C. Fliesler
    Attorney for Defendant
    Wowza Media Systems, Inc.

### [~~PROPOSED~~] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 12/2/2011

_Honorable Claudia Wilken_
United States District Judge

## ATTESTATION CLAUSE

I, Robert Steinberg, hereby attest in accordance with General Order No. 45.X(B) that Martin C. Fliesler, counsel for Defendant, Wowza Media Systems, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT**

.

Dated:  November 30, 2011

                                         By  /s/ Robert Steinberg