1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ADOBE SYSTEMS INCORPORATED,                    No. C 11-2243 CW

5        Plaintiff and                            ORDER GRANTING
         Counterclaim-Defendant,                  PLAINTIFF'S
6                                                  ADMINISTRATIVE
         v.                                       MOTION TO FILE
7                                                  UNDER SEAL
    WOWZA MEDIA SYSTEMS, INC.,                     (Docket No. 46)
8
         Defendant and
9        Counterclaim-Plaintiff.

10   _____/

11       Plaintiff and Counterclaim-Defendant Adobe Systems

12   Incorporated seeks to file under seal its unredacted motion to

13   strike or dismiss counterclaims of Defendant and

14   Counterclaim-Plaintiff Wowza Media Systems, Inc., and Exhibit C to

15   the Declaration of Ryan E. Hatch in support of its motion.  The

16   Court notes that Plaintiff has filed a redacted version of its

17   motion in the public record.  See Docket No. 40.  In its

18   declaration in support of its motion to seal, Plaintiff represents

19   that the redacted portions of its motion to strike or dismiss and

20   Exhibit C contain "confidential and non-public information related

21   to the parties' confidential settlement discussions."  Hatch Decl.

22   ¶ 5.

23       Plaintiff's filings are connected to a dispositive motion.

24   To establish that these documents are sealable, Plaintiff "must

25   overcome a strong presumption of access by showing that

26   'compelling reasons supported by specific factual findings . . .

27   outweigh the general history of access and the public policies

28   favoring disclosure.'"  Pintos v. Pac. Creditors Ass'n, 605 F.3d

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

665, 679 (9th Cir. 2010) (citation omitted).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal.  Civil Local Rule 79-5(a).

Based upon its declaration and the Court's review of the documents it seeks to file under seal, Plaintiff has provided compelling reasons supporting the sealing of the unredacted motion to strike or dismiss and Exhibit C to the Hatch Declaration. Accordingly, Plaintiff's motion for leave to file documents under seal is GRANTED (Docket No. 46).  Within three days of the date of this Order, Plaintiff shall electronically file its unredacted motion to dismiss or strike and Exhibit C to the Hatch Declaration under seal, in accordance with General Order 62.

IT IS SO ORDERED.

Dated: 1/18/2012

CLAUDIA WILKEN
United States District Judge