IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>  v.<br><br>WOWZA MEDIA SYSTEMS, INC.,<br><br>    Defendant and<br>    Counterclaim-Plaintiff.<br>_____/ | No. C 11-2243 CW<br><br>ORDER GRANTING IN PART, AND DEFERRING RULING IN PART, ON DEFENDANT'S MOTION FOR EXTENSION OF TIME<br>(Docket No. 50) |

    Defendant Wowza Media Systems, Inc. has filed an administrative motion seeking an extension of two weeks for the time in which Defendant must file its response to Plaintiff Adobe Systems Incorporated's motion to strike or to dismiss Defendant's counterclaims. Defendant's opposition is currently due by January 27, 2012. Defendant also seeks to continue the hearing on Plaintiff's motion to strike or to dismiss, which is presently set to be heard on February 23, 2012 at 2:00 p.m.

    Having considered the papers submitted by Defendant, the Court GRANTS in part Defendant's motion for an extension of time. The Court modifies the briefing schedule for Plaintiff's motion to strike or to dismiss as follows: Defendant shall file its opposition to Plaintiff's motion to strike or to dismiss by Thursday, February 2, 2012; and Plaintiff shall file its reply to Defendant's opposition, if any, by Thursday, February 9, 2012.

    The Court DEFERS RULING on the remainder of Defendant's administrative motion, until Plaintiff has filed a response to

United States District Court
For the Northern District of California

Defendant's motion or until the time allowed for the filing of a response under Local Rule 6-3 has elapsed.

IT IS SO ORDERED.

Dated: 1/25/2012

CLAUDIA WILKEN
United States District Judge