IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff and
    Counterclaim-Defendant,

  v.

WOWZA MEDIA SYSTEMS, INC.,

    Defendant and
    Counterclaim-Plaintiff.
_____/

No. C 11-2243 CW

ORDER GRANTING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME (Docket No. 50)

On January 24, 2012, Defendant Wowza Media Systems, Inc. filed an administrative motion for an extension of two weeks of the date by which Defendant must file its response to Plaintiff Adobe Systems Incorporated's motion to strike or to dismiss Defendant's counterclaims. Defendant's requested extension would allow it until February 10, 2012 to file its opposition. Defendant also sought to continue the hearing on Plaintiff's motion to strike or to dismiss.

On January 25, 2012, the Court granted Defendant's motion in part and extended the briefing schedule by six days. At that time, the Court deferred ruling on the remainder of Defendant's request until Plaintiff filed a response or until the time allowed for such a response had elapsed under Local Rule 6-3. This time has since elapsed and Plaintiff has not responded to Defendant's administrative motion.

Having considered the papers submitted by Defendant, the Court GRANTS in part Defendant's administrative motion for an extension of time (Docket No. 50). The Court modifies the

1 briefing schedule for Plaintiff's motion to strike or to dismiss
2 as follows: Defendant shall file its opposition to Plaintiff's
3 motion to strike or to dismiss by Thursday, February 9, 2012; and
4 Plaintiff shall file its reply to Defendant's opposition, if any,
5 by Thursday, February 16, 2012.  The hearing on Plaintiff's motion
6 is continued from February 23, 2012 at 2:00 p.m. to March 1, 2012
7 at 2:00 p.m., to be heard with Defendant's motion to strike or to
8 stay.

9     IT IS SO ORDERED.

10

11 Dated: January 31, 2011       _____
    CLAUDIA WILKEN
12     United States District Judge

**United States District Court**
For the Northern District of California