| | |
|---|---|
| Martin C. Fliesler (SBN 073768)<br>Joseph P. O'Malley (SBN 159568)<br>FLIESLER MEYER LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 362-3800<br>Facsimile: (415) 362-2928<br><br>Barry F. Irwin, P.C. (*pro hac vice*)<br>Christopher Freeman (*pro hac vice*)<br>Brent P. Ray (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiff<br>WOWZA MEDIA SYSTEMS, INC. | LATHAM & WATKINS LLP<br>  Bob Steinberg (Bar No. 126407)<br>  Charles Courtenay (Bar No. 232139)<br>  Ryan E. Hatch (Bar No. 235577)<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>  Jennifer L. Barry (Bar No. 228066)<br>600 West Broadway, Suite 1800<br>San Diego, California 92101-3375<br>Telephone: (619) 236-1234<br>Facsimile: (619) 696-7419<br><br><br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>ADOBE SYSTEMS INCORPORATED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>          Plaintiff and<br>          Counterclaim-Defendant,<br><br>    vs.<br><br>WOWZA MEDIA SYSTEMS, INC., a California Corporation,<br><br>          Defendant and<br>          Counterclaim-Plaintiff. | Action No. CV 11-02243-CW<br><br>**ORDER TO RENAME DEFENDANT AND ADD ANOTHER DEFENDANT** |

Before the Court is the Stipulation by Plaintiff and Counterclaim-Defendant Adobe Systems Incorporated and Defendant and Counterclaim-Plaintiff Wowza Media Systems, Inc. to Rename Defendant and Add Another Defendant. Having considered the Stipulation, and finding that good cause

1   exists and the relief sought is justified, it is hereby ORDERED that Wowza Media Systems, LLC be
2   added as a named defendant in this action, and that Defendant Wowza Media Systems, Inc. be re-named
3   to "Coffee Cup Partners, Inc. (f/k/a Wowza Media Systems, Inc.)." **Plaintiff must file an amended**
4   **complaint. See Local Rule 10-1.**

Dated: _____5/18/2012_____       _____[signature]_____
                                 The Honorable Claudia Wilken
                                 UNITED STATES DISTRICT COURT JUDGE

FLIESLER
MEYER LLP