IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>    Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: PROCEDURES FOR FUTURE DISCOVERY DISPUTES** |

Wowza's Motion for a Protective Order (Dkt. No. 81) came before the Court for argument on July 5, 2012. The parties informed the Court that they had resolved the issues raised in the motion immediately prior to the hearing and read into the record a joint stipulation. The Court understands that the parties will file a formal written stipulation disposing of the motion forthwith.

As the Court informed the parties on the record, the following procedures shall govern all further discovery disputes in this action:

- Parties shall meet and confer in person prior to filing any discovery disputes with the Court. The meet and confer must be conducted by those attorneys and parties who have full decision-making authority.

- The default location for future meet and confer sessions is San Francisco at the office of the party who would be defending any proposed motion, unless the parties agree otherwise.
- Discovery disputes will be resolved via the provisions of the Court's Standing Order regarding Joint Letter Briefs.  If the parties are unable to resolve the dispute through an in-person meet and confer, the moving party shall submit their portion of the Joint Letter Brief to the opposing party, who shall have four days to respond unless the parties agree otherwise.  The moving party shall file the Joint Letter Brief with the Court within two days after receiving a response unless the parties agree otherwise.

**IT IS SO ORDERED.**

Dated: July 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE