IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DKT. NO. 81)** |

On July 5, 2012, the Court held a hearing on Wowza's Motion for a Protective Order (Dkt. No. 81). At the hearing, the parties advised the Court that they had resolved the issues raised in the motion immediately prior to the hearing and read into the record a joint stipulation. The parties informed the Court that they would be filing a formal written stipulation disposing of the motion forthwith. To date, the parties have not filed any stipulation disposing of the Motion for Protective Order. The parties are ORDERED to file the promised stipulation on or before July 20, 2012 .

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE