LATHAM & WATKINS LLP
  Bob Steinberg (Bar No. 126407)
  Charles Courtenay (Bar No. 232139)
  Ryan E. Hatch (Bar No. 235577)
  David B. Hazlehurst (Bar No. 261043)
*bob.steinberg@lw.com*
*ryan.hatch@lw.com*
*david.hazlehurst@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>                   Plaintiff,<br><br>         v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>                   Defendants | CASE NO. CV-11-02243-CW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF ADOBE SYSTEMS INCORPORATED'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL AGREEMENT<br><br>Date:<br>Time:<br>Location:    Courtroom 2 – 4th Floor<br>Judge:        Honorable Claudia Wilken |

1  Having considered the papers in support of Plaintiff Adobe Systems Incorporated's
2  Administrative Motion to Seal Confidential Agreement (the "Motion") and finding a compelling
3  reason shown, the Motion is hereby **GRANTED**. The Confidential Agreement is **HEREBY**
4  **SEALED**.

6  **IT IS SO ORDERED**.

8  DATED: October 22 , 2012    BY: _____
                                   Honorable Claudia Wilken

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER SEALING EXHIBIT TO JOINT
DISCOVERY DISPUTE STATEMENT
CASE NO. CV-11-02243