1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>            Plaintiff,<br><br>       v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and<br>COFFEE CUP PARTNERS, INC. (F/K/A/<br>WOWZA MEDIA SYSTEMS, INC.),<br><br>            Defendants | CASE NO. CV-11-02243-CW<br><br>**ORDER GRANTING PLAINTIFF ADOBE SYSTEMS INCORPORATED'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL AGREEMENT**<br><br>Date:<br>Time:<br>Location:   Courtroom 2 – 4th Floor<br>Judge:        Honorable Claudia Wilken |

1    Plaintiff Adobe Systems Incorporated moves to file under seal the Confidential
2 Agreement that it reached with Defendants Wowza Media Systems, Inc., Coffee Cup Partners,
3 Inc. and Wowza Media Systems, LLC (collectively, Wowza), to resolve attorneys' fees and costs
4 related to Adobe's anti-SLAPP motion regarding Wowza's counterclaims for fraud and unfair
5 competition, which the Court granted on September 6, 2012.  Having considered the declaration
6 submitted in support of Plaintiff's Administrative Motion to Seal Confidential Agreement (the
7 "Motion"), reviewed the document and finding good cause shown, the Motion is hereby
8 **GRANTED** (Docket No. 155).  See Phillips v. GMC, 307 F.3d 1206, 1212 (9th Cir. 2002)
9 (noting that courts frequently find good cause to seal confidential settlement agreements);
10 Kalinauskas v. Wong, 151 F.R.D. 363, 365 (D. Nev. 1993) ("Confidential settlements benefit
11 society and the parties involved by resolving disputes relatively quickly, with slight judicial
12 intervention, and presumably result in greater satisfaction to the parties.  Sound judicial policy
13 fosters and protects this form of alternative dispute resolution.").
14    Within four days of the date of this Order, Plaintiff shall electronically file the
15 confidential settlement agreement under seal, in accordance with General Order 62(5) and the
16 procedures outlined in the FAQs on the ECF website.
17    **IT IS SO ORDERED**.

19 DATED: October 22, 2012        By: _____
                                    Honorable Claudia Wilken