IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>COFFEE CUP PARTNERS, INC., formerly known as WOWZA MEDIA SYSTEMS, INC.; and WOWZA MEDIA SYSTEMS, LLC,<br><br>    Defendants.<br>_____/ | No. C 11-2243 CW<br><br>ORDER MODIFYING CASE MANAGEMENT SCHEDULE |

The Court MODIFIES the case management schedule as follows:

| Event | Date |
|---|---|
| Disclosure of Identities and Reports of Expert Witnesses | Friday, December 14, 2012 |
| Completion of Fact Discovery | Friday, December 14, 2012 |
| Rebuttal Reports of Expert Witnesses | Friday, January 11, 2013 |
| Completion of Expert Discovery | Friday, January 25, 2013 |
| Deadline for Plaintiff Adobe Systems Incorporated to file (1) its claim construction motion, (2) its motion for summary judgment and (3) its Daubert motion.<br><br>Adobe shall address all of these matters in a single brief of twenty-five pages or less. | Wednesday, February 13, 2013 |

| | |
|---|---|
| Deadline for Wowza[1] to file (1) its opposition to Adobe's claim construction motion, (2) its opposition to Adobe's motion for summary judgment, (3) its opposition to Adobe's Daubert motion, (4) its cross-motion for summary judgment, and (5) its Daubert motion.<br><br>Wowza shall address all of these matters in a single brief of twenty-five pages or less. | Wednesday, March 6, 2013 |
| Deadline for Adobe to file (1) its reply in support of its claim construction motion, (2) its reply in support of its motion for summary judgment, (3) its reply in support of its Daubert motion; (4) its opposition to Wowza's cross-motion for summary judgment; and (5) its opposition to Wowza's Daubert motion.<br><br>Adobe shall address all of these matters in a single brief of fifteen pages or less. | Wednesday, March 20, 2013 |
| Deadline for Wowza to file (1) its reply in support of its cross-motion for summary judgment; and (2) its reply in support of its Daubert motion.<br><br>Wowza shall address both of these matters in a single brief of fifteen pages or less. | Wednesday, April 3, 2013 |
| Case management statement due | Thursday, April 11, 2013 |
| Further case management conference and hearing on Adobe's claim construction motion, both parties' motions for summary judgment, and both parties' Daubert motions | Thursday, April 18, 2013 at 2:00 p.m. |
| Final pretrial conference | Wednesday, July 24, 2013 at 2:00 p.m. |

---

[1] The Court refers herein to Defendants Coffee Cup Partners, Inc., formerly known as Wowza Media Systems, Inc., and Wowza Media Systems, LLC, collectively as Wowza.

| Ten-day jury trial to start | Monday, August 5, 2013 at 8:30 a.m. |

The Court will entertain a stipulation or motion to change the schedule and page limits set forth above, provided that the parties' briefs are filed in series as set forth above and not simultaneously, and that briefing is completed at least two weeks prior to the hearing date.

IT IS SO ORDERED.

Dated: 10/22/2012

CLAUDIA WILKEN
United States District Judge