IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC., (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF A JOINT DISCOVERY DISPUTE (Dkt. No. 165)** |

The Court is in receipt of a joint discovery brief from the parties. The joint motion and accompanying declarations do not demonstrate that the parties have met and conferred *in person* prior to filing the underlying dispute as is required by this Court's July 5, 2012 Order. (Dkt. No. 130 ("Parties shall meet and confer in person prior to filing any discovery disputes with the Court. The meet and confer must be conducted by those attorneys and parties who have full decision-making authority").) Accordingly, on or before November 9, 2012, the parties shall jointly file a written certification that they have met and conferred in person prior to filing the dispute or move to withdraw the motion until they have had the opportunity to do so.

**IT IS SO ORDERED.**

Dated: November 6, 2012  _____

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE