1   LATHAM & WATKINS LLP
        Bob Steinberg (Bar No. 126407) *bob.steinberg@lw.com*
2       Charles Courtenay (Bar No. 232139) *charles.courtenay@lw.com*
        Ryan E. Hatch (Bar No. 235577) *ryan.hatch@lw.com*
3       David B. Hazlehurst (Bar No. 261043) *david.hazlehurst@lw.com*
    355 South Grand Avenue
4   Los Angeles, California  90071-1560
    Telephone:  (213) 485-1234
5   Facsimile:  (213) 891-8763

6   Attorneys for Plaintiff
    ADOBE SYSTEMS INCORPORATED
7
    Joseph P. O'Malley (SBN 159568) *jpo@fdml.com*
8   FLIESLER MEYER LLP
    650 California Street, 14th Floor
9   San Francisco, CA 94108
    Telephone:  (415) 362-3800
10  Facsimile:  (415) 362-2928

11  KIRKLAND & ELLIS LLP
        Barry F. Irwin (*pro hac vice*)
12      Brent P. Ray (*pro hac vice*)
        Christopher Freeman (*pro hac vice*)
13  300 North LaSalle Street
    Chicago, IL 60654
14  Telephone:  (312) 862-2000
    Facsimile:  (312) 862-2200
15
    Attorneys for Defendants
16  WOWZA MEDIA SYSTEMS LLC and
    COFFEE CUP PARTNERS, INC.
17  (f/k/a WOWZA MEDIA SYSTEMS, INC.)

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                            OAKLAND DIVISION

21

22  ADOBE SYSTEMS INCORPORATED,           Action No. CV 11-02243 CW

23                      Plaintiff,        **MEET & CONFER CERTIFICATION
                                          RE JOINT DISCOVERY DISPUTE**
24           vs.                          **STATEMENT**

25  WOWZA MEDIA SYSTEMS, LLC, and         Judge:          Magistrate Judge
    COFFEE CUP PARTNERS, INC.                             Jacqueline Scott Corley
26  (f/k/a WOWZA MEDIA SYSTEMS, INC.)

27                      Defendants.

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES        LA\2955579.1                 1

Pursuant to Magistrate Judge Corley's *Order re Administrative Motion to File Under Seal Portions of a Joint Discovery Dispute* (Dkt. 166), plaintiff Adobe Systems, Inc. and defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc. hereby certify that, pursuant to this Court's July 5, 2012 Order (Dkt. 130), the parties held an in-person meet and confer on October 9, 2010 regarding the dispute.

Dated:  November 8, 2012                    Respectfully submitted,

                                           LATHAM & WATKINS LLP


                                           By: */s/ Robert Steinberg*_____
                                                   Robert Steinberg
                                                   Charles Courtenay
                                                   Ryan E. Hatch
                                                   David B. Hazlehurst

                                           Attorneys for Plaintiff Adobe Systems, Inc.

Dated:  November 8, 2012                    Respectfully submitted,

                                           LATHAM & WATKINS LLP


                                           By: */s/ Barry Irwin*_____
                                                   Barry Irwin, P.C.

                                           Attorneys for Defendants and Counterclaimants
                                           WOWZA MEDIA SYSTEMS, LLC and
                                           COFFEE CUP PARTNERS, INC.
                                           (f/k/a WOWZA MEDIA SYSTEMS, INC.)

## ATTESTATION CLAUSE

I, Robert Steinberg, hereby attest in accordance with General Order No. 45.X(B) that Barry Irwin, counsel for Defendant WOWZA Media Systems, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled MEET & CONFER CERTIFICATION RE JOINT DISCOVERY DISPUTE STATEMENT.

Dated:  November 8, 2012

By      /s/ Robert  Steinberg