IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: EMERGENCY MOTION FOR PROTECTIVE ORDER (Dkt. No. 175)** |

In light of the Defendants' Emergency Motion for Protective Order filed November 13, 2012, the hearing regarding the other pending discovery dispute is reset for Friday, November 16, 2012 at 10:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California. Counsel shall appear in person and shall be prepared to discuss both the Joint Letter Brief filed November 6, 2012 (Dkt. No. 165) and the Emergency Motion for Protective Order (Dkt. No. 175). Plaintiff may file an opposition to the Motion for a Protective Order by noon (PST), November 15, 2012.

Plaintiff shall not serve any subpoenas pending disposition of the Motion for Protective Order.

**IT IS SO ORDERED.**

Dated: November 14, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE