LATHAM & WATKINS LLP
  Bob Steinberg (Bar No. 126407)
  Charles Courtenay (Bar No. 232139)
  Ryan E. Hatch (Bar No. 235577)
  David B. Hazlehurst (Bar No. 261043)
*bob.steinberg@lw.com*
*charles.courtenay@lw.com*
*ryan.hatch@lw.com*
*david.hazlehurst@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

   Lisa K. Nguyen (Bar No. 244280)
*lisa.nguyen@lw.com*
140 Scott Drive
Menlo Park, California 94025-1008
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | CASE NO. CV-11-02243-CW<br><br>**[PROPOSED] ORDER GRANTING AUTHORITY TO INSTALL VIDEO EQUIPMENT**<br><br>Location:   Courtroom F – 15th Floor<br>Judge:       Magistrate Judge<br>                   Jacqueline Scott Corley |

1    On November 16, 2012 at 10:30 am in Courtroom F of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, Plaintiff Adobe Systems, Inc. wishes to install video equipment to assist in the presentation of its argument. As authorized by the Court, and good cause appearing therefore, it is hereby ordered that Plaintiff shall be permitted to install forthwith in Courtroom F a video projector and one computer. Plaintiff may also bring a projection screen into courthouse.

    It is further ordered that the United States Marshal's office shall permit Bob Steinberg to deliver the above referenced equipment to Courtroom F on the morning of Friday, November 16, 2012, and to remove the above-referenced equipment upon completion of the case.

Dated: __November 15, 2012__      _____
                                                                                    Jacqueline
                                                                                    United

[APPROVED — Jacqueline S. Corley — Judge Jacqueline Scott Corley — United States District Court, Northern District of California seal]

Approved as to form and content.

LATHAM & WATKINS LLP

 /s/ Bob Steinberg
Bob Steinberg
Attorneys for Plaintiff

Attorneys for Plaintiffs Adobe Systems, Inc.