United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

    v.

WOWZA MEDIA SYSTEMS, LLC, and
COFFEE CUP PARTNERS, INC. (F/K/A/
WOWZA MEDIA SYSTEMS, INC.),

    Defendants.

Case No.: 11-2243 CW (JSC)

**ORDER RE: JOINT DISCOVERY
LETTER BRIEF (Dkt. No. 165)**

      Now pending before the Court is a Joint Letter Brief wherein Plaintiff Adobe seeks to

compel Defendant Wowza to produce forensic images of all of hard drives of Wowza's

developer Charles Good. (Dkt. No. 165.) Having considered the parties' filings and having

had the benefit of oral argument, as stated on the record, the Court DENIES Plaintiff's motion

to compel.

      Adobe develops and distributes software for the deployment of content over the

Internet using a set of application programming technologies for integrating video, animation,

and interactivity into Internet content called the Adobe Flash Platform. (Dkt. 83 ¶ 11.) Adobe

alleges that Wowza directly infringes the "Patents-in-Suit" by, among other things,

developing and selling numerous versions of its Wowza Media Server ("WMS") product,

which include unauthorized implementations of RTMP and RTMPe. (Dkt. 83 ¶¶ 21-23.) Of

particular relevance to this motion is Adobe's allegation that Wowza used reverse engineering

to create a product to compete with Adobe's Flash Player (relying on Adobe's patented protocols).

Adobe moves to compel production of the forensic images of all of Wowza's development computers. Adobe has identified four categories of discovery that it contends are missing from the data produced to date and justify production of the forensic hard drive images. These include: 1) computer usage information, 2) unallocated hard drive space, 3) operating system artifacts, and 4) metadata associated with source code.

**1.  Metadata and Computer Usage Information**

During oral argument, it became apparent that the computer usage information and the metadata are overlapping issues. For the 20,000 files Adobe previously identified as relevant to the development of the Wowza Media Server ("WMS"), Wowza has agreed to provide Adobe with information regarding which of the developer's computers is the source of the file. To the extent that Adobe identifies to Wowza any particular iterations of source code, Wowza shall also identify which of the developer's computers is associated with that version of the source code.

**2.  Unallocated Hard Drive Space**

Wowza will allow Adobe's forensic expert to inspect the unallocated space which Wowza previously determined might contain relevant information, but appeared corrupted. This inspection shall be subject to the same conditions as prior source code inspections.

**3.  Operating System Artifacts**

The parties were ordered to meet and confer regarding this issue. If the parties are unable to resolve this issue through meet and confer, they may file a joint letter brief, which shall describe in detail what exactly Adobe is looking for, why it is relevant, and how this discovery is appropriate under the proportionality analysis called for in Federal Rule of Civil Procedure 26(b). No further legal argument is required. Any such letter brief is due November 21, 2012.

**IT IS SO ORDERED.**

United States District Court
Northern District of California

Dated: November 16, 2012

_Jacqueline S. Corley_

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28