IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR A PROTECTIVE ORDER AND EXHIBITS 13-15 TO THE NGUYEN DECLARATION (Dkt. No. 183)** |

The Court is in receipt of Plaintiff's Administrative Motion to File Under Seal portions of its Opposition to Defendants' Emergency Motion for a Protective Order and Exhibits 13-15 of the Nguyen Declaration. (Dkt. No. 183.) The motion, filed November 15, 2012, was filed in accordance with this Court's Civil Standing Order and Civil Local Rule 79-5(d). Under those rules, Defendants—as the party apparently asserting that portions of the opposition and certain attached exhibits contain confidential information—was required to file a declaration establishing that the redacted material is in fact confidential within three days of the filing of the motion to seal *or* withdraw the confidential designation. Defendants have done neither.

Accordingly, Plaintiff's motion to file under seal is DENIED. Plaintiff shall file its Opposition to Defendants' Emergency Motion for a Protective Order and Exhibits 13-15 of the Nguyen Declaration in the public record on or before December 21, 2012.

This Order disposes of Docket No. 183.

**IT IS SO ORDERED.**

Dated: December 19, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE