IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.),<br><br>　　Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: JOINT DISCOVERY DISPUTE STATEMENT (Dkt. No. 222)** |

　　The Court is in receipt of the parties' Joint Discovery Dispute Statement regarding expert witness depositions. (Dkt. No. 222.) The Court sets the matter for a telephonic conference tomorrow December 20, 2012 at 2:00 p.m. to discuss modification of the expert deadlines in this action to accommodate the parties' concerns. The parties shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

　　**IT IS SO ORDERED.**

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE