IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADOBE SYSTEMS INCORPORATED, | Case No.: 11-2243 CW (JSC) |
|---|---|
| Plaintiff, | **ORDER RE: JOINT DISCOVERY DISPUTE STATEMENT (Dkt. No. 262)** |
| v. | |
| WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A/ WOWZA MEDIA SYSTEMS, INC.), | |
| Defendants. | |

The Court is in receipt of the parties' Joint Discovery Dispute Statement regarding length of expert depositions. (Dkt. No. 262.) After carefully considering the arguments and briefing submitted, the Court concludes that oral argument is unnecessary, *see* Civ. L.R. 7-1(b), and GRANTS Wowza's request for additional deposition time.

**DISCUSSION**

The parties are in the midst of expert discovery in this action. Wowza disclosed four experts to cover six different dispositive issues involved in this litigation including invalidity and infringement; whereas Adobe disclosed two experts. Wowza seeks leave to exceed Federal Rule of Civil Procedure 30(d)(1) seven hour per deponent limit for these depositions

and requests that both parties be provided the same number of deposition hours to cover each of these issues regardless of the number of expert witnesses disclosed on the issues. Adobe objects to the request as untimely and contends that its experts are unavailable for additional deposition time.

The Court finds that there is good cause to exceed Rule 30(d)(1)'s time limitation for the expert depositions in this case. Wowza has indicated that it requires an additional one hour of deposition from Mr. Jagannathan and an additional seven hours for Dr. Alexander. Wowza will have seven hours to depose Dr. Alexander on February 11, 2013, although the parties can agree to a longer day. In light of Dr. Alexander's availability issues thereafter, to the extent that Wowza seeks additional deposition time with him the parties shall make arrangements to depose him in Texas at a date and time that does not conflict with the trial as he cannot be unavailable 24 hours a day 7 days a week until March 17, 2013.

This Order disposes of Docket No. 262

**IT IS SO ORDERED.**

Dated: February 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE