IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and<br>COFFEE CUP PARTNERS, INC. (F/K/A/<br>WOWZA MEDIA SYSTEMS, INC.),<br><br>    Defendants. | Case No.: 11-2243 CW (JSC)<br><br>**ORDER RE: JOINT DISCOVERY<br>DISPUTE REGARDING  DOBRUSHIN<br>DOCUMENTS (DKT. NO. 268-1)** |

The Court is in receipt of a joint discovery brief from the parties regarding Adobe's attempt to authenticate certain documents related to Alex Dobrushin, a third-party witness who is unavailable for deposition due to a medical condition.  (Dkt. No. 268-1)   After reviewing the parties' submission, the Court concludes that oral argument would not be helpful.  *See* Civ. L.R. 7-1(b).

On or before February 13, 2013, Adobe shall provide Wowza with a list, by bates number, of the documents it had hoped to have Mr. Dobrushin authenticate and which have not already been authenticated by other witnesses.  Within one week, Wowza shall stipulate to the authenticity of each document, or, if it has a good faith dispute as to a document's authenticity, it shall state with specificity the basis for the dispute.  Wowza may only dispute a document's authenticity if it in fact believes a document is not what it purports to be.

**IT IS SO ORDERED.**

Dated: February 8, 2013

_____

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California