UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, et al.,<br><br>Defendants. | Case No. 11-cv-02243-JST<br><br>**ORDER REGARDING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 294. |

The Court has received Plaintiff's Unopposed Motion for Administrative Relief, in which Plaintiff seeks "confirmation" that the Court's Reassignment Order vacated all deadlines for briefing matters of claim construction, motions for summary judgment, and *Daubert* motions. Dkt. No. 294. While the plain text of the order does not so state – in fact, paragraph 5 of the Reassignment Order states that "[a]ll discovery cutoff dates and other deadlines associated with this case . . . shall remain in effect" – the court construes plaintiff's motion as a request for affirmative relief, and grants it on that basis.

The deadlines set forth in Judge Wilken's Order dated January 14, 2013 (Dkt. No. 248) are VACATED. The parties are ordered to meet and confer about replacement deadlines for each of the items identified in that order, as well as the other matters set forth in the Reassignment Order,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

and include their proposals for the same in their case management statement.  The Court will conduct a case management conference in this case on Wednesday, March 13, 2013, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: February 22, 2013

Jon S. Tigar
United States District Judge