United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>COFFEE CUP PARTNERS, INC., et al.,<br><br>Defendants. | Case No.  11-cv-02243-JST<br><br>**SCHEDULING ORDER SETTING DEADLINE FOR EXCHANGE OF TECHNOLOGY TUTORIAL INFORMATION** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, the Court hereby sets August 16, 2013 as the deadline for parties to exchange technology tutorial information, and file a copy of their presentations and any glossary on the Court docket.  This order supersedes the deadline in the court's Clerk's Notice at ECF No. 322.  All other deadlines in the court's Scheduling Order at ECF No. 323 remain in effect.

Dated: June 27, 2013



JON S. TIGAR
United States District Judge