LATHAM & WATKINS LLP
  Bob Steinberg (Bar No. 126407)
*bob.steinberg@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

  Alexander E. Long (Bar No. 216634)
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
*alexander.long@lw.com*
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | CASE NO. CV-11-02243-JST<br><br>**JOINT MOTION FOR ORDER AUTHORIZING USE OF ELECTRONIC, VIDEO, OR AUDIO EQUIPMENT IN COURTROOM FOR TECHNOLOGY TUTORIAL AND [PROPOSED] ORDER**<br><br>Date:   August 27, ~~2011,~~ 2013<br>Time:   10:00 am<br>Ctrm:   9, 19th Floor<br>Judge:  Hon. Jon S. Tigar |

Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Wowza Media Systems LLC and Coffee Cup Partners, Inc. ("Wowza") jointly move the Court for an order authorizing counsel and/or their media equipment provider(s) to bring the following audio-visual and other presentation equipment into the courtroom in support of the upcoming Technology Tutorial scheduled in this matter for Tuesday, August 27, 2013 at 10:00 a.m.  Counsel request access to the courtroom for setup of this equipment at 3:00 p.m. on Monday, August 26, 2013.

1. Laptop computers and associated adapters;
2. One LCD projector with stand;
3. One portable screen;
4. Five LCD flat screen monitors;
5. One VGA switch and associated cabling;
6. Two easels with paper and markers;
7. Two PowerPoint remote controls;
8. All cables, adapters, extension cords, power strips, and gaffers tape necessary for using the above-referenced equipment.

Respectfully submitted,

Dated: August 14, 2013

LATHAM & WATKINS LLP

By: s/  Alexander E. Long            _____

Attorneys for Plaintiff  ADOBE SYSTEMS, INCORPORATED

Dated: August   14, 2013

KIRKLAND & ELLIS LLP

By: s/  Barry Irwin     _____

Attorneys for Defendants WOWZA MEDIA SYSTEMS, LLC AND COFFEE CUP PARTNERS, INC.

1   If the building's loading dock will be used, the parties shall contact the Courtroom
2   Deputy at least 24 hours in advance of the equipment set up to arrange for use of the dock.

**IT IS SO ORDERED.**

DATED: August 15, 2013

_____
Honorable
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Jon S. Tigar

2