LATHAM & WATKINS LLP
   Bob Steinberg (Bar No. 126407)
*bob.steinberg@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

   Alexander E. Long (Bar No. 216634)
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
*alexander.long@lw.com*
Telephone:  (858) 523-5400
Facsimile:   (858) 523-5450

Attorneys for Plaintiff

ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.), <br><br> Defendants. | CASE NO. CV-11-02243-JST <br><br> **JOINT MOTION FOR ORDER AUTHORIZING USE OF ELECTRONIC, VIDEO, OR AUDIO EQUIPMENT IN COURTROOM FOR CLAIM CONSTRUCTION AND MOTION FOR SUMMARY JUDGMENT HEARING AND [PROPOSED] ORDER** <br><br> Date:    September 10,  2013 <br> Time:   9:30 am <br> Ctrm:   9, 19th Floor <br> Judge:  Hon. Jon S. Tigar |

Joint Motion For Order Authorizing Use of Electronic Video or Audio
Equipment in Claim Construction and MSJ Hearing
CASE NO. 11-02243

Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Wowza Media Systems LLC and Coffee Cup Partners, Inc. ("Wowza") jointly move the Court for an order authorizing counsel and/or their media equipment provider(s) to bring the following audio-visual and other presentation equipment into the courtroom in support of the upcoming oral argument on the parties Claim Construction Briefs and Motions for Summary Judgment on Infringement Issues scheduled in this matter for Tuesday, September 10, 2013 at 9:30 a.m. Counsel request access to the courtroom for setup of this equipment at 3:00 p.m. on Monday, September 9, 2013.

1. Laptop computers and associated adapters;
2. Two LCD projectors with stands;
3. Two portable screens;
4. Five LCD flat screen monitors;
5. One ELMO
6. One VGA switch and associated cabling;
7. Two easels with paper and markers;
8. Two PowerPoint remote controls;
9. All cables, adapters, extension cords, power strips, and gaffers tape necessary for using the above-referenced equipment.

Respectfully submitted,

Dated: September 3, 2013    LATHAM & WATKINS LLP

By: s/ Alexander E. Long  _____

Attorneys for Plaintiff ADOBE SYSTEMS, INCORPORATED

Dated: September 3, 2013    KIRKLAND & ELLIS LLP

By: s/ Barry Irwin  _____

Attorneys for Defendants WOWZA MEDIA SYSTEMS, LLC AND COFFEE CUP PARTNERS, INC.

If the building's loading dock will be used, the parties shall contact the Courtroom Deputy at least 24 hours in advance of the equipment set up to arrange for use of the dock.

**IT IS SO ORDERED.**

DATED: __September 3__, 2013

_____
Honorable
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

2

Joint Motion For Order Authorizing Use of Electronic Video or Audio
Equipment in Claim Construction and MSJ Hearing
CASE NO. 11-02243