| | |
|---|---|
| IRWIN IP LLC<br>Barry F. Irwin, P.C. (*pro hac vice*)<br>  birwin@irwinip.com<br>1333 Burr Ridge Parkway<br>Burr Ridge, IL 60527<br>Telephone: 630.756.3101<br><br>KIRKLAND & ELLIS LLP<br>Brent Ray (*pro hac vice*)<br>  brent.ray@kirkland.com<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Attorneys for WOWZA MEDIA SYSTEMS, LLC AND COFFEE CUP PARTNERS, INC. | LATHAM & WATKINS LLP<br>Robert Steinberg (Bar No. 126407)<br>  bob.steinberg@lw.com<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>Alexander E. Long (Bar No. 216634)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>*alexander.long@lw.com*<br>Telephone: (858) 523-5400<br>Facsimile: (858) 523-5450<br><br>Attorneys for Plaintiff<br>ADOBE SYSTEMS INCORPORATED |

**FILED**
MAR 0 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>WOWZA MEDIA SYSTEMS, LLC, and<br>COFFEE CUP PARTNERS (f/k/a<br>WOWZA MEDIA SYSTEMS, INC.),<br><br>    Defendants. | Action No. CV 11-02243 JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND CASE<br>MANAGEMENT CONFERENCE |

**WHEREAS** the Court scheduled a Case Management Conference for April 9, 2014 at 2:00 PM in Courtroom 9, 19th Floor, San Francisco (Dkt. No. 443);

**WHEREAS**, due to conflicts, counsel for Adobe is unable to attend the Case Management Conference on the date currently set.  Whereas the parties contacted the Court's clerk to inquire about other possible dates for the Case Management Conference.  Whereas the Court's clerk offered alternative dates, including April 23, 2014, for the Case Management Conference and counsel for both parties are available on that date;

**IT IS HEREBY STIPULATED** by and between the Parties through their respective attorneys of record that:

The Case Management Conference currently scheduled for April 9, 2014 be continued to April 23, 2014.

Dated:  March 6, 2014                              LATHAM & WATKINS LLP
                                                   Bob Steinberg
                                                   Alexander E. Long


                                                   By     /s/ Bob Steinberg
                                                       Attorneys for Plaintiff
                                                       Adobe Systems Incorporated

Dated:  March 6, 2014                              IRWIN IP LLC
                                                   Barry F. Irwin


                                                   By     /s/ Barry F. Irwin
                                                       Barry F. Irwin
                                                       Attorneys for Defendant
                                                       Wowza Media Systems LLC, Coffee
                                                       Cup Partners, Inc. (f/k/a Wowza Media
                                                       Systems, Inc.)

Case3:11-cv-02243-JST   Document445   Filed03/06/14   Page3 of 4

### ~~[PROPOSED]~~ ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 3/6/14

Honorable Jon S. Tigar
United States District Judge

## ATTESTATION CLAUSE

I, Bob Steinberg, hereby attest in accordance with General Order No. 45.X(B) that Barry Irwin, counsel for Defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE.

Dated: March 6, 2014

By /s/ Bob Steinberg

LA\3470541.4