UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff-Counterdefendant.<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, et al.,<br><br>Defendants-Counterclaimants. | Case No.  11-cv-02243-JST<br><br>**ORDER INVITING OPPOSITION BRIEF TO ADOBE'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: ECF No. 447 |
|---|---|

Pursuant to Civil Local Rule 7-9(d), the Court hereby requests that Wowza file, within ten days of this order, any opposition or other response to Adobe's motion for leave to file a motion for reconsideration. If Wowza agrees that the Court should consider clarifying or reconsidering any aspect of the Court's previous order, it is encouraged to identify the specific aspects warranting clarification or reconsideration.

**IT IS SO ORDERED.**

Dated: April 3, 2014

_____
JON S. TIGAR
United States District Judge