LATHAM & WATKINS LLP
  Bob Steinberg (Bar No. 126407)
*bob.steinberg@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

  Alexander E. Long (Bar No. 216634)
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
*alexander.long@lw.com*
Telephone:  (858) 523-5400
Facsimile:  (858) 523-5450

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.),<br><br>Defendants. | CASE NO. CV-11-02243-JST<br><br>**JOINT MOTION FOR ORDER AUTHORIZING USE OF ELECTRONIC, VIDEO, OR AUDIO EQUIPMENT IN MOTION FOR SUMMARY JUDGMENT HEARING AND [PROPOSED] ORDER**<br><br>Date:     October 30, 2014<br>Time:     2:00 p.m.<br>Court:    9, 19th Floor<br>Judge:    Hon. Jon S. Tigar |

Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Wowza Media Systems LLC and Coffee Cup Partners, Inc. ("Wowza") jointly move the Court for an order authorizing counsel and/or their media equipment provider(s) to bring the following audio-visual and other presentation equipment into the courtroom in support of the upcoming oral argument on the parties Motions for Summary Judgment on Non-Infringement Issues and *Daubert* Motions scheduled in this matter for Thursday, October 30, 2014 at 2:00 p.m.  Counsel request access to the courtroom for setup of this equipment ~~at 4:00 p.m. on Wednesday, October 29, 2014~~ at 12:00 p.m., Thursday, October 30, 2014.

1. Laptop computers and associated adapters;
2. One LCD projector with stand;
3. One portable screen;
4. Three LCD flat screen monitors;
5. 1 Projector Stand
5. One VGA switch and associated cabling;
6. Two PowerPoint remote controls;
7. All cables, adapters, extension cords, power strips, and gaffers tape necessary for using the above-referenced equipment.

Respectfully submitted,

Dated: October 24, 2014        LATHAM & WATKINS LLP

By: s/ Alexander E. Long

Attorneys for Plaintiff  ADOBE SYSTEMS, INCORPORATED

Dated: October 24, 2014        IRWIN IP LLP

By: s/ Barry Irwin

Attorneys for Defendants WOWZA MEDIA SYSTEMS, LLC AND COFFEE CUP PARTNERS, INC.

**IT IS SO ORDERED.**

DATED: October 27, 2014

_____
Hon. [Jon S. Tigar]
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

## ATTESTATION CLAUSE

I, Alexander E. Long, hereby attest in accordance with Pursuant to Civil Local Rule 5-1(i)(3) that Barry Irwin, counsel for Defendants Wowza Media Systems LLC and Coffee Cup Partners, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled Joint Motion for Order Authorizing Use of Electronic, Video, or Audio Equipment In Courtroom For Claim Construction and Motion for Summary Judgment Hearing and [PROPOSED] ORDER.

.

Dated:  October 24, 2014

By  /s/ Alexander E. Long