ARNOLD & PORTER LLP
Michael A. Berta (Bar No. 194650)
michael.berta@aporter.com
Ryan J. Casamiquela (Bar No. 228559)
ryan.casamiquela@aporter.com
Maulik G. Shah (Bar No. 255403)
maulik.shah@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:      415.471.3100
Facsimile:      415.471.3400

*Attorneys for Plaintiff*
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No.: 3:11-cv-02243-JST |
| Plaintiff, | and |
| | Case No.:  3:14-cv-02778-JST |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER OF STIPULATED DISMISSAL** |
| WOWZA MEDIA SYSTEMS, LLC, a Delaware Corporation, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.), a California Corporation, | |
| Defendants. | **Judge:        Honorable Jon S. Tigar** |

WHEREAS Plaintiff Adobe Systems Incorporated and Defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc. entered into a binding settlement agreement on December 1, 2014, placing the agreement on record at this District Court (3:11-cv-02243-JST Dkt. 538).

WHEREAS pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c) and the parties' settlement agreement, the parties hereby jointly stipulate to dismissing with prejudice all claims and counterclaims asserted between them in Case No. 3:11-cv-02243-JST and Case No. 3:14-cv-02778-JST.

WHEREAS the parties further stipulate that all costs and attorneys fees shall be borne by the party that incurred them and that this Court retains jurisdiction to enforce, interpret, or resolve any dispute arising out of or relating in any way to the parties' settlement agreement.

The Court, having read and considered the above joint stipulations of Plaintiff Adobe Systems Incorporated and Defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc., and good cause appearing, hereby ORDERS that all claims asserted by Plaintiff against Defendants and all counterclaims asserted by Defendants against Plaintiff in Case No. 3:11-cv-02243-JST and Case No. 3:14-cv-02778-JST are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a), 41(c), and the parties' settlement agreement of December 1, 2014, placed on record at this District Court.

Each party shall bear its own costs and fees.

The Court FURTHER ORDERS that this Court shall retain jurisdiction to enforce, interpret, or resolve any dispute arising out of or relating in any way to these parties' December 1, 2014 settlement agreement.

Signed: _____

JON S. TIGAR
United States District Judge


DATED:  February 13, 2015

Respectfully submitted,

ARNOLD & PORTER LLP                        IRWIN IP LLC
MICHAEL A. BERTA                           BARRY F. IRWIN
RYAN CASAMIQUELA                           1333 Burr Ridge Parkway, Suite 200
MAULIK G. SHAH                             Burr Ridge, IL 60527


By:   _/s/ Michael A. Berta_____        By:   _/s/ Barry F. Irwin_____
        MICHAEL A. BERTA                           BARRY F. IRWIN

Attorneys for Plaintiff                    Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED                 WOWZA MEDIA SYSTEMS
In Case No. 3:14-CV-02778-JST (*Wowza II*)

LATHAM & WATKINS LLP
ROBERT STEINBERG
ALEXANDER E. LONG


By:   _/s/ Bob Steinberg_____
        ROBERT S. STEINBERG

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED
In Case No.: 3:11-cv-02243-JST (*Wowza I*)


## ATTESTATION

        Pursuant to Local Rule 5-1, I, Michael A. Berta, attest that all signatories listed, and on

whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                                           _/s/ Michael A. Berta_____
                                             MICHAEL A. BERTA