ARNOLD & PORTER LLP
Michael A. Berta (Bar No. 194650)
michael.berta@aporter.com
Ryan J. Casamiquela (Bar No. 228559)
ryan.casamiquela@aporter.com
Maulik G. Shah (Bar No. 255403)
maulik.shah@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   415.471.3100
Facsimile:    415.471.3400

*Attorneys for Plaintiff*
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WOWZA MEDIA SYSTEMS, LLC, a Delaware Corporation, and COFFEE CUP PARTNERS, INC. (F/K/A WOWZA MEDIA SYSTEMS, INC.), a California Corporation,<br><br>Defendants. | Case No.: 3:11-cv-02243-JST<br><br>and<br><br>Case No.:  3:14-cv-02778-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF STIPULATED DISMISSAL**<br><br>**Judge:       Honorable Jon S. Tigar** |

1  WHEREAS Plaintiff Adobe Systems Incorporated and Defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc. entered into a binding settlement agreement on December 1, 2014, placing the agreement on record at this District Court (3:11-cv-02243-JST Dkt. 538).

WHEREAS pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c) and the parties' settlement agreement, the parties hereby jointly stipulate to dismissing with prejudice all claims and counterclaims asserted between them in Case No. 3:11-cv-02243-JST and Case No. 3:14-cv-02778-JST.

WHEREAS the parties further stipulate that all costs and attorneys fees shall be borne by the party that incurred them and that this Court retains jurisdiction to enforce, interpret, or resolve any dispute arising out of or relating in any way to the parties' settlement agreement.

The Court, having read and considered the above joint stipulations of Plaintiff Adobe Systems Incorporated and Defendants Wowza Media Systems, LLC and Coffee Cup Partners, Inc., and good cause appearing, hereby ORDERS that all claims asserted by Plaintiff against Defendants and all counterclaims asserted by Defendants against Plaintiff in Case No. 3:11-cv-02243-JST and Case No. 3:14-cv-02778-JST are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a), 41(c), and the parties' settlement agreement of December 1, 2014, placed on record at this District Court.

Each party shall bear its own costs and fees.

The Court FURTHER ORDERS that this Court shall retain jurisdiction to enforce, interpret, or resolve any dispute arising out of or relating in any way to these parties' December 1, 2014 settlement agreement.

Signed: _____
JON S. TIGAR
United States District Judge

DATED: February 13, 2015

Respectfully submitted,

| | |
|---|---|
| ARNOLD & PORTER LLP<br>MICHAEL A. BERTA<br>RYAN CASAMIQUELA<br>MAULIK G. SHAH | IRWIN IP LLC<br>BARRY F. IRWIN<br>1333 Burr Ridge Parkway, Suite 200<br>Burr Ridge, IL 60527 |
| By: */s/ Michael A. Berta*<br>    MICHAEL A. BERTA | By: */s/ Barry F. Irwin*<br>    BARRY F. IRWIN |
| Attorneys for Plaintiff<br>ADOBE SYSTEMS INCORPORATED<br>In Case No. 3:14-CV-02778-JST (*Wowza II*) | Attorneys for Defendant<br>WOWZA MEDIA SYSTEMS |

LATHAM & WATKINS LLP
ROBERT STEINBERG
ALEXANDER E. LONG

By: */s/ Bob Steinberg*
    ROBERT S. STEINBERG

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED
In Case No.: 3:11-cv-02243-JST (*Wowza I*)

## ATTESTATION

Pursuant to Local Rule 5-1, I, Michael A. Berta, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                                        */s/ Michael A. Berta*
                                            MICHAEL A. BERTA